IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAYSMEL LEMUS-FALCON,

Petitioner,

vs.

JEROME KRAMER, Sheriff Lincoln County Det Cen, et al.,

Respondents.

8:26-CV-453

ORDER

IT IS ORDERED:

1. The federal respondents shall respond to the petitioner's motion to reopen (filing 12) on or before September 28, 2026.

2. The petitioner may reply in support of his motion on or before October 5, 2026.

Dated this 14th day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge